MORGAN, LEWIS & BOCKIUS LLP
Larry L. Turner (*Admitted Pro Hac Vice*)
larry.turner@morganlewis.com
1701 Market Street
Philadelphia, PA 19103-2921
Tel:   +1.215.963.5000
Fax:  +1.215.963.5001

MORGAN, LEWIS & BOCKIUS LLP
Jason S. Mills, Bar No. 225126
jason.mills@morganlewis.com
Joseph V. Marra III, Bar No. 238181
joseph.marra@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA  90071-3132
Tel:   +1.213.612.2500
Fax:  +1.213.612.2501

Attorneys for Defendants
THE BOEING COMPANY; BOEING
DEFENSE, SPACE & SECURITY; BOEING
NETWORK & SPACE SYSTEMS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BRENT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>THE BOEING COMPANY, a Delaware corporation; BOEING DEFENSE, SPACE & SECURITY, a division of BOEING, a business entity, form unknown; BOEING NETWORK & SPACE SYSTEMS, a part of BOEING DEFENSE, SPACE & SECURITY, a business entity, form unknown; and DOES 1-10,<br><br>Defendants. | Case No. 2:17-cv-04429-ODW-E<br><br>**DECLARATION OF STEPHANIE L. HERNANDEZ IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**<br><br>Judge:           Hon. Otis D. Wright II<br>Date:             July 15, 2019<br>Time:           1:30 p.m.<br>Ctrm:           5D<br><br>Case Filed:      June 14, 2017<br>Pretrial Conf.:   August 19, 2019<br>Trial Date:      September 24, 2019 |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB2/ 36708751.1

# DECLARATION OF STEPHANIE L. HERNANDEZ

I, Stephanie L. Hernandez, hereby declare as follows:

1. I am currently employed by The Boeing Company ("Boeing") in the position of Assistant Corporate Secretary and Lead Paralegal for the Corporate Secretary's office, at Boeing's headquarters in Chicago, Illinois. The matters stated herein are of my personal knowledge. In my position with Boeing and as part of my duties, I have access to and have reviewed documents related to Boeing's corporate structure as those documents are maintained by Boeing in the ordinary course of business. If called as a witness, I could and would testify competently to the matters set forth in this declaration. I submit this declaration in support of Defendants' Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment.

2. "The Boeing Company" is a legal entity and is the employer of Michael Brent. Boeing Defense, Space & Security, and Boeing Network & Space Systems, are not separate legal entities, but rather names of internal business units within Boeing.

3. Boeing Defense, Space & Security and Boeing Network & Space Systems are not the employers of Michael Brent.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 10th day of June 2019, at Chicago Illinois.

Stephanie L. Hernandez

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB2/ 36708751.1

1  DECLARATION OF STEPHANIE L. HERNANDEZ
2:17-cv-04429-ODW-E