UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BRENT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>THE BOEING COMPANY, a Delaware corporation; BOEING DEFENSE, SPACE & SECURITY, a division of BOEING, business entity form unknown; BOEING NETWORK & SPACE SYSTEMS, a part of BOEING DEFENSE, SPACE & SECURITY, a business entity, form unknown and DOES 1-10,<br><br>Defendants. | Case No. 2:17-cv-04429-ODW (Ex)<br><br>**JUDGMENT** |

# JUDGMENT

The Motion for Summary Judgment or, in the alternative, Partial Summary Judgment filed by Defendants THE BOEING COMPANY; BOEING DEFENSE, SPACE & SECURITY; and BOEING NETWORK & SPACE SYSTEMS ("Defendants" or "Boeing") (Dkt. No. 55) was taken under submission by this Court on July 8, 2019, without oral argument. (Dkt. No. 85.) On September 17, 2019, the Court issued its Order Granting Defendant's Motion For Summary Judgment, granting Defendants' motion in full and vacating all remaining dates and deadlines in the action. (Dkt. No. 122, "Order".) Accordingly, Motions ECF Nos. 118, 119, 120, 121 are denied as Moot.

For the reasons set forth in the Order, **IT IS HEREBY ORDERED AND ADJUDGED** that the Plaintiff Michael Brent take nothing and that the action be dismissed on the merits.

**IT IS SO ORDERED.**

October 1, 2019

**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**